UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN JAVIER BANK, ) | |
| Plaintiff, ) | 2:11-cv-46-PMP-RJJ |
| vs. ) | |
| SALVATION ARMY ) | ORDER RESCHEDULING |
| Defendant, ) | SHOW CAUSE HEARING |

Due to a conflict in the Court's calendar and good cause appearing therefore,

IT IS HEREBY ORDERED that the Show Cause hearing scheduled for March 28, 2011, at 9:30 AM is VACATED and RESCHEDULED to March 31, 2011, at 8:30 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiff Steven Javier Bank is required to be present in court for this hearing. Plaintiff is advised that failure to appear for this hearing will result in a recommendation that this case be dismissed.

DATED this __21st__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge